NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CORY MITCHELL WINKELMANN,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D17-1753
    )
KATHY ANN MIRELES,    )
    )
    Appellee.    )
_____)

Opinion filed October 5, 2018.

Appeal from the Circuit Court for Lee
County; John S. Carlin, Judge.

Kenneth R. Turner, Jr. of The Ken Turner
Law Firm, LLC, Naples, for Appellant.

No appearance for Appellee.


PER CURIAM.


    Affirmed.


NORTHCUTT, SLEET, and ATKINSON, JJ., Concur.